IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGG ROMAN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-1748 |
| | ) | United States District Judge |
| | ) | Joy Flowers Conti |
| | ) | United States Magistrate Judge |
| UNIGROUP WORLDWIDE, INC., | ) | Cynthia Reed Eddy |
| doing business as | ) | |
| UNIGROUP WORLDWIDE UTS, | ) | |
| SONIGO I NTERNATIONAL SHIPPING | ) | |
| PACKING & MOVING, LTD, | ) | |
| BESTGUY MOVING SERVICES, | ) | |
|     Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On December 6, 2013, the above captioned case was filed in this Court and was referred to a Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules of Court for Magistrate Judges.

On April 14, 2014, United States Magistrate Judge Cynthia Reed Eddy issued her Report and Recommendation in which she recommended denial of defendant Atlas Insurances, Ltd.'s Motion to Dismiss (ECF No. 19) the claims against it because the "Court has insufficient information before it upon which to conduct meaningful evaluation and make an informed decision as to the existence and effect of a forum selection clause in Atlas' insurance contract." *Id*., at 17. The parties had until May 2, 2014, to file Objections to the Report and Recommendation. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the Court adopts the Report and Recommendation as the Opinion of the Court and accepts Magistrate Judge Eddy's recommendation. Accordingly,

**AND NOW**, this 28th day of May, 2014, Atlas Insurance LTD's Motion to Dismiss (ECF No. 19), is **DENIED** without prejudice.

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc: all ECF registered counsel